**No. 65264.**—Eli E. Albert, Inc. *v.* United States, protest 60/18950 (New York).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.